LECLAIRRYAN
*A Virginia Professional Corporation*
James P. Anelli, Esq.
Robert M. Pettigrew, Esq.
One Riverfront Plaza
1037 Raymond Boulevard, Sixteenth Floor
Newark, New Jersey 07102
(973) 491-3376
Attorneys for Defendant Unilever United States, Inc.

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATIENT CARE ASSOCIATES LLC a/s/o S.G. and J.G., <br><br> Plaintiff(s), <br><br> v. <br><br> UNILEVER; ABC CORP. (1-10) (Said names being fictitious and unknown entities), <br><br> Defendant(s). | CIVIL ACTION NO. 13-1559 (SDW) <br><br> **APPLICATION FOR AN ORDER OF THE CLERK EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE REPLY TO PLAINTIFF'S COMPLAINT PURSUANT TO LOCAL RULE 6.1(b)** |

**TO:**   William T. Walsh, Clerk of Court
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**WITH NOTICE TO:**

Andrew R. Bronsnick, Esq.
MASSOOD & BRONSNICK, LLC
50 Packanack Lake Road East
Wayne, New Jersey 07470-6663

**PLEASE TAKE NOTICE** that an Application is hereby made pursuant to Local Rule 6.1(b) for a Clerk's Order extending time within which Defendant, Unilever United States, Inc., may answer, move or otherwise reply to the Complaint Plaintiff filed herein, and it is represented that:

10920353-1

(i)  No previous extension has been obtained;

(ii)  Service of process was made on Defendant on or about February 13, 2013;

(iii)  A notice and petition for removal was electronically filed with this Court, simultaneously with this application, on March 13, 2013;

(iv)  The time to answer, move or otherwise reply expires, after removal, on March 20, 2013; and

(v)  Defendant hereby requests that the time within which Defendant may file an answer, move or otherwise reply to the Complaint herein be extended by fourteen (14) days to April 3, 2013.

Respectfully submitted,

**LeClairRyan**
Attorneys for Defendant

By: /s/ James P. Anelli
JAMES P. ANELLI
ROBERT M. PETTIGREW

Dated: March 13, 2013

The above application is ORDERED GRANTED. The time for Defendant to file an answer, motion or otherwise reply to the Complaint is extended until April 3, 2013.

ORDER DATED: MARCH 13, 2013

WILLIAM T. WALSH, CLERK

By: _____
Clerk of Court

10920353-1                                      2